ch13ocomply (11/11)

**UNITED STATES BANKRUPTCY COURT**
**District of Maine**

Case No.: 13−10311
Chapter: 13

In Re:  Lynn M. Tranten

**ORDER TO COMPLY WITH BANKRUPTCY RULES 1007 AND 3015(b) AND
NOTICE OF INTENT TO DISMISS CASE UNDER 11 U.S.C. §109(g)(1)**

To Debtor and Debtor's Attorney of Record:

**YOU FAILED TO FILE THE FOLLOWING DOCUMENTS OR YOU USED OBSOLETE FORMS OR THE FOLLOWING DOCUMENTS WERE INCOMPLETE, AND THESE DEFICIENCIES MUST BE REMEDIED BY:5/7/13**

- ☐ Voluntary Petition **(Official Form 1)**
- ☑ Filing Fee ($281) or Application to Pay Filing Fee in Installments (Official Form 3A) and Initial Payment of $70.25 (Personal checks will not be accepted.)
- ☐ Signature of debtor or attorney or petition preparer on the petition
- ☐ Notice to Debtor by Bankruptcy Petition Preparer (Official Form 19B)
- ☐ Creditor Matrix     ☐ Verification of Creditor Matrix
- ☐ Statement of Social Security Number (Official Form 21)

**YOU FAILED TO FILE THE FOLLOWING DOCUMENTS OR YOU USED OBSOLETE FORMS OR THE FOLLOWING DOCUMENTS WERE INCOMPLETE, AND THESE DEFICIENCIES MUST BE REMEDIED BY: 5/14/13**

- ☐ Exhibit D – Individual Debtor's Statement of Compliance with Credit Counseling Requirement
- ☑ Certificate of Credit Counseling and Debt Repayment Plan or certification or request for waiver
- ☐ Statement Disclosing Compensation Paid or to be Paid to Bankruptcy Petition Preparer
- ☐ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Official Form 22C)
- ☐ Schedules of Assets and Liabilities (Off. Form 6): ☐ A ☐ B ☐ C ☐ D ☐ E ☐ F ☐ G ☐ H ☐ I ☐ J
  (File forms with a notation of "None" if they are not applicable to your case.)
- ☐ Summary of Schedules (Off. form 6−Sum.)    ☐ Statistical Summary of Certain Liabilities (Off. form 6−Sum.)
- ☑ Chapter 13 Plan
- ☐ Signed Statement of Financial Affairs (Official Form 7)
- ☐ Statement Disclosing Compensation Paid to or to Be Paid to the Attorney for the Debtor of Form B1 Voluntary Petition **or** Form B201(B) Certification of Notice to Consumer Debtor(s)
- ☐ Signature of Attorney on Exhibit B page 2 of Form B1 Voluntary Petition – when debts are primarily consumer debts
- ☐ Other:

According to the Bankruptcy Rules 1007 and 3015(b), you must file the above−referenced document(s) by the dates noted above. If the Bankruptcy Code provides the opportunity to file a motion for an extension of the time to file the above−referenced document(s), you must file that motion by the date(s) noted above. **If you do not timely file the document(s) or a proper motion, the Court will dismiss your case without further notice.**

**BY ORDER OF THE COURT**

**Dated: 5/1/13**

/s/ Louis H. Kornreich *by nwd*
**United States Bankruptcy Judge**